UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br>  vs<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>                Defendant. | NO.  3:19-CV-05902-DWC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

THIS MATTER came before this Court on Defendant's Fidelity National Title Insurance Company's ("FNTIC" or "Defendant") Amended Motion to Continue Trial Date and Pretrial Dates.  The court having reviewed the pleadings and records on file, and deeming itself fully advised, NOW THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Amended Motion to Continue Trial Date and Pretrial Dates, including all pretrial dates set now on the Initial Pretrial Scheduling Order relating to discovery, dispositive motions, mediation and trial/trial filings for at least 120 days is **GRANTED**.

DATED: June ____, 2020.

_____
District Court Judge

ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE TRIAL
DATE AND PRETRIAL DATES - 1

FIDELITY NATIONAL LAW GROUP
701 – 5TH AVENUE, SUITE 2710
SEATTLE, WA  98104
(206) 223-4525

1  Presented by:
   FIDELITY NATIONAL LAW GROUP
2
3  *s/Daniel A. Womac*
   Daniel A. Womac, WSBA #36394
4  Fidelity National Law Group
   701 – 5th Avenue, Suite 2710
5  Seattle, WA  98104
   (206) 224-6005
6  Daniel.Womac@fnf.com
   *Attorney for Defendant Fidelity National*
7  *Title Company*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE TRIAL
DATE AND PRETRIAL DATES - 2

FIDELITY NATIONAL LAW GROUP
701 – 5TH AVENUE, SUITE 2710
SEATTLE, WA  98104
(206) 223-4525

CERTIFICATE OF SERVICE

I, Sasannah Dolan-Williams, certify under penalty of perjury under the laws of The State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, and not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date below, I served the following document on the following individuals in the manner indicated, as follows:

- ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL AND PRETRIAL DATES

   *Via Email:*
   Lisa C. Neal, WSBA #25686
   John M. Silk, WSBA # 15035
   WILSON SMITH COCHRAN DICKERSON
   Seattle, WA 98164-2050
   (206) 623-4100
   (206) 623-9723
   lneal@wscd.com
   silk@wscd.com
   *Attorney for Plaintiff*

DATED: June 2, 2020.

               s/Sasannah DW
               Sasannah Dolan-Williams
               Litigation Paralegal

ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE TRIAL
DATE AND PRETRIAL DATES - 3

FIDELITY NATIONAL LAW GROUP
701 – 5TH AVENUE, SUITE 2710
SEATTLE, WA 98104
(206) 223-4525